[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 9, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10842

_____

D. C. Docket No. 01-07258-CV-KAM

STASAN, INC.,
RICHARD BLUMBERG,

Plaintiffs-Appellants,

versus

ARTER & HADDEN, L.L.P.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 9, 2006)**

Before BIRCH and MARCUS, Circuit Judges and MILLS[*], District Judge.

PER CURIAM:

_____

[*]Honorable Richard Mills, United States District Judge for the Central District of Illinois.

After careful consideration of the record, the briefs of the parties, having entertained oral argument and a review of the Order of the Honorable Kenneth A. Marra, United States District Judge, dated 27 January 2005, we find no error in that order. Accordingly, the judgment of the district court is AFFIRMED.